UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FEIT ELECTRIC COMPANY, INC., | ) | CASE NO. 1:24-cv-00473 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| SAVANT TECHNOLOGIES LLC d/b/a, | ) | **CASE MANAGEMENT ORDER** |
| GE LIGHTING, | ) | |
| | ) | |
| Defendant. | ) | |

The Case Management Conference ("CMC") in this matter was held on June 25, 2024. Attorney Michael Weinstein participated on behalf of Plaintiff. Attorneys David Radulescu, Jonathan Auerbach, and Joshua Friedman participated on behalf of Defendant.

The parties and counsel of record agreed to the following, and **IT IS SO ORDERED** that:

1. This case is assigned to the **complex** track.

2. This case will be referred for Alternative Dispute Resolution ("ADR"):

Yes _____X_____   No_____   Decision delayed _____

3. The parties **do not** consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

4. **Schedule Through Claim Construction Hearing**

   | Date | Action |
   |---|---|
   | 5/28/24 | LPR 3.1-3.2 Infringement Contentions |
   | 6/18/24 | Deadline to exchange Rule 26(a) Initial Disclosures |
   | 6/27/24 | LPR 3.3-3.4 Non-Infringement Contentions |

| Date | Event |
|---|---|
| 7/11/24 | Electronically Stored Information.  The parties will finalize an alternative agreement that sets out retention guidelines, search methodology, the format for production, and procedures for addressing attorney-work product or privileged information.  As an attachment to the proposed order, the parties will file a comparison document setting out in detail where the proposed order deviates from Appendix K. |
| 7/11/24 | Protective Order.  The parties will submit an alternative protective order for the Court's consideration.  As an attachment to the proposed order, the parties will file a comparison document setting out in detail where the proposed order deviates from Appendix L. |
| 9/4/24 | LPR 3.5-3.6 Invalidity and Unenforceability Contentions |
| 9/17/24 | LPR 4.1(a) Preliminary ID of Claim Terms to be Construed |
| 9/20/2024 | Deadline to amend the pleadings and/or adding additional parties |
| 10/1/24 | LPR 3.7 Validity and Enforceability Contentions |
| 10/8/24 | LPR 4.1(c) Final ID of Claim Terms |
| 10/23/24 | LPR 4.2(a) and (b) Preliminary Claim Constructions and Supporting Materials |
| 11/6/24 | LPR 4.3(a) ID of Claim Construction Expert and Report (if any such expert will testify at the claim construction hearing) |
| 11/20/24 | LPR 4.3(b) Disclosure of Rebuttal Claim Construction Expert |
| 12/4/24 | LPR 4.3(c) Completion of Expert Discovery re Claim Construction |
| 12/10/24 | LPR 4.2(c) Final Claim Construction |
| 12/20/24 | LPR 4.4(a) Opening Claim Construction Submissions |
| 1/17/25 | LPR 4.4(b) Responsive Claim Construction Submissions |

| | |
|---|---|
| 1/24/25 | LPR 4.5 Joint Claim Construction and Prehearing Statement |
| **2/26/25** | **Claim Construction Hearing set for 9:00 a.m. in Courtroom 15B (LPR 4.6)** |

The Court will resolve the order of presentation, number of witnesses, and length of the Claim Construction Hearing at a later date.

A **telephonic status conference** with lead counsel will be held within thirty (30) days of the Court's claim construction hearing pursuant to L.P.R. 4.7.

All parties are reminded of the need to adhere to all applicable rules of procedure and this Court's Initial Standing Order (Doc. No. 5).

**IT IS SO ORDERED.**

Date: June 26, 2024

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE